UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SAMUEL OGOSHI, et al

        Defendants.
_____/

Case No. 2:22-cr-25

Hon. Robert J. Jonker
U.S. District Judge

## ORDER OF RECUSAL

In accordance with 28 U.S.C. § 455(a) and (b)(3), I hereby disqualify myself from all further proceedings in this case. The Clerk's Office shall reassign the case pursuant to the approved procedure.

    IT IS ORDERED


Date: December 1, 2022        /s/ *Maarten Vermaat*
                                             MAARTEN VERMAAT
                                             U.S. MAGISTRATE JUDGE