UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SAMUEL OGOSHI,
SAMSON OGOSHI, and
EZEKIEL EJEHEM ROBERT,

      Defendants.
_____/

## MOTION FOR LIMITED DISCLOSURE OF SEALED INDICTMENT

Now comes the United States of America by Mark A. Totten, United States Attorney for the Western District of Michigan, and Daniel Y. Mekaru, Assistant United States Attorney, and moves this Court to authorize the limited disclosure of the sealed indictment in this case.

The defendants are believed to be in the Country of Nigeria. The government asks permission to share the sealed indictment with others within the United States Government, including the U.S. Probation Department, the U.S. Department of State, and foreign government officials for the limited purposes of enabling us to locate and apprehend the defendants, to bring them to the United States, and to further the existing investigation.

The government requests that this motion also be sealed in order that the execution of the arrest warrants be unimpeded, and the investigation continue.

Dated: 11/30/2022

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

_____
DANIEL Y. MEKARU
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI  49501-0208
(616) 456-2404

**IT IS SO ORDERED.**

Dated: 11/30/2022

_____
PHILLIP J. GREEN
United States Magistrate Judge
United States District Court