UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                    Case No. 2:22-CR-25

v.                                                     Hon. Robert J. Jonker

SAMUEL OGOSHI and
SAMSON OGOSHI,

        Defendant.
_____/

## ORDER OF DETENTION

Defendants appeared this date for a detention hearing.  For the reasons stated on the record, the Court finds that the government proved by a preponderance of the evidence that no condition or combination of conditions will assure the defendants' appearance at trial.

Accordingly, pending trial in this matter, the defendants are committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal.  The defendants shall be afforded a reasonable opportunity for private consultation with their defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendants to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated:  September 1, 2023                              /s/ Ray Kent
                                                                 RAY KENT
                                                                  United States Magistrate Judge