UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SAMUEL OGOSHI and SAMSON OGOSHI,

      Defendants.
_____/

CASE NO. 2:22-cr-25

HON. ROBERT J. JONKER

## ORDER

The Court orally imposed sentence in these cases on September 5, 2024, and followed up with written Judgments on September 6 and 9, 2024. The Court left the amount of restitution open to later determination. Interested parties have reached agreement on the amount of restitution to be awarded. (ECF No. 100). The Court has no objections and will impose restitution as agreed.

The total amount of restitution awarded is $47,023.78. The amount of restitution and the payee for each specific award are as follows:

1. Jennifer Buta, in the total amount of $5,796.42; and

2. M.C. (identified in the PSR), in the total amount of $1,600; and

3. John DeMay, in the total amount of $39,627.36.

The award of restitution will be against both defendants, jointly and severally, and on the payment terms already specified in the Court's Judgment. The Court will issue Amended Judgments incorporating the restitution awards.

**IT IS SO ORDERED.**

Dated:  September 24, 2024         /s/ Robert J. Jonker
                                    ROBERT J. JONKER
                                    UNITED STATES DISTRICT JUDGE